COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Cevero Garcia
Louisiana State Penitentiary DOC No. 368938
Camp D, Eagle 3
Angola LA 70712

**REHEARING ACTION: May 25, 2016**

**Docket Number: 15   01120-KH**

**STATE OF LOUISIANA**
**VERSUS**
**CEVERO GARCIA**

**Writ Application from Calcasieu Parish Case No. 13063-95**

**BEFORE JUDGES:**

> **Hon. Elizabeth A. Pickett**
> **Hon. Shannon J. Gremillion**
> **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the ruling for

the application for rehearing filed by **Cevero Garcia** is:

> **REHEARING DENIED.**  Uniform Rules – Courts of Appeal, Rule 2-18.7.

cc: John Foster DeRosier, Counsel for  the Respondent